FILED

CLERK, U.S. DISTRICT COURT

JUL - 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br> RAMON JUAN CANO, ) <br><br> Defendant. ) | CASE NO. SACR-01-00250-DOC-1 <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the
_Central District of California_ involving alleged violations of conditions of
probation/supervised release:

    1. The court finds that no condition or combination of conditions will
reasonably assure:

      A. (✓) the appearance of defendant as required; and/or

      B. ( ) the safety of any person or the community.

    2. The Court concludes:

      A. ( ) Defendant has failed to demonstrate by clear and convincing
evidence that he is not likely to pose a risk to the safety of any

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

B. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _absconded from supervision;_ _unknown background information_

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: July 6, 2018

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE